■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUZETTE WILDER, Appellant. [752 NYS2d 574] —Appeal from a judgment of Cayuga County Court (Corning, J.), entered February 22, 2001, convicting defendant upon his plea of guilty of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]). Defendant failed to preserve for our review his contention that he was denied his constitutional right to a speedy trial (*see* CPL 470.05 [2]). Contrary to the further contention of defendant, the bargained-for sentence is neither unduly harsh nor severe. Present—Pigott, Jr., P.J., Green, Pine, Hayes and Gorski, JJ.